## Weinfeld *v.* Funk, Appellant.

Argued April 24, 1941. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

*Harold Scott Baile,* with him *Richard Benson, Philip L. Leidy* and *Pepper, Bodine, Stokes & Schoch,* for appellant.

*James F. Masterson,* for appellee, was not heard.

PER CURIAM, May 12, 1941:

This is an appeal from an order granting a new trial. In its opinion, the court states: "After a careful review of the entire case, we reached the firm conclusion that justice demanded that plaintiff's motion for a new trial be sustained." We have uniformly held that under such circumstances we will not review the action of the court below: *Reese v. Pittsburgh Rys. Co.,* 336 Pa. 299, 9 A. 2d 394; *Kerr v. Hofer,* 341 Pa. 47, 17 A. 2d 886.

The order of the court below is affirmed.